**Order entered June 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00025-CV**

**SENSORMATIC ELECTRONICS, LLC, Appellant**

**V.**

**JIRI MODRY, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-10671**

**ORDER**

Appellant's brief has not been filed pending settlement negotiations. Before the Court is appellant's June 2, 2022 status report informing the Court that the parties have executed a settlement agreement and that, upon payment of the settlement consideration, appellee will release the underlying judgment and appellant will file a motion to dismiss. Appellant asks we retain the appeal on the Court's docket pending completion of the settlement terms.

We **GRANT** the request and **ORDER** appellant to file a motion to dismiss or status report no later than July 1, 2022.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE